[Not for Publication]
United States Court of Appeals
For the First Circuit

No. 96-2095

HORIZONS HOTEL d/b/a CARIB INN TENNIS CLUB & CASINO
AND/OR HOTEL ASSOCIATES INCORPORATED,

Petitioner,

v.

THE NATIONAL LABOR RELATIONS BOARD,

Respondent.



ON PETITION FOR REVIEW
AND CROSS-APPLICATION FOR ENFORCEMENT
OF A SUPPLEMENTAL ORDER OF THE NATIONAL LABOR RELATIONS BOARD



Before

Stahl and Lynch, Circuit Judges, 
and O'Toole,* District Judge. 



Wallace Vazquez Sanabria on brief for Petitioner. 
Corinna L. Metcalf, Deputy Assistant General Counsel, Frederick 
L. Feinstein, General Counsel, Linda Sher, Associate General Counsel, 
and Aileen A. Armstrong, Deputy Associate General Counsel, on brief 
for Respondent.


MAY 19, 1997



*Of the District of Massachusetts, sitting by designation

Per curiam. Having carefully reviewed the parties' Per curiam. 

briefs and submissions, we find that the administrative law

judge's findings, adopted by the National Labor Relations

Board, are supported by substantial evidence in the record

and reflect a correct application of the law. Therefore, we

deny Petitioner's request for review, and grant Respondent's

request for enforcement of its supplemental order. See 1st 

Cir. R. 27.1. Costs to Respondent. 

-2- 2